

# The Attorney General of Texas

April 27, 1981

ARK WHITE
ttorney General

reme Court Building
O Box 12548
stn, TX. 78711
2/475-2501

87 Main St., Suite 1400
Ilas, TX. 75201
4742-8944

8K Alberta Ave., Suite 160
Paso, TX. 79905
3 533-3484

20 Dallas Ave., Suite 202
ustion, TX. 77002
1 650-0666

8 Broadway, Suite 312
bock, TX. 79401
1747-5238

09 N. Tenth, Suite B
Allen, TX. 78501
1 682-4547

2 Main Plaza, Suite 400
Antonio, TX. 78205
225-4191

Equal Opportunity/
mative Action Employer

Honorable Tom O'Connell  
Criminal District Attorney  
Collin County Courthouse  
McKinney, Texas 75069

Opinion No. MW-329

Re: County contribution to non-profit corporation organized to help the handicapped

Dear Mr. O'Connell:

You ask the following question:

> May a county make a capital contribution to a non-profit corporation organized for the purpose of training handicapped adults to acquire job skills for the construction of a building?

The funds at issue are federal revenue sharing funds. A local government is required to spend these funds "in accordance with the laws and procedures applicable to the expenditure of its own revenues." 31 U.S.C. §1243(a)(4).

The commissioners court has only those powers that the constitution and statutes have conferred upon it. Canales v. Laughlin, 214 S.W. 2d 451 (Tex. 1948). We find no statutory authority for the county to provide assistance to handicapped adults in the manner described. If it did have authority to provide such services itself, it could use revenue sharing funds to provide the services by contract with a private non-profit corporation. See Attorney General Opinion H-127 (1973).

However, in the absence of statutory authorization to provide such services, the capital contribution to the non-profit corporation would constitute a donation of public funds to a private corporation in violation of article III, section 52 and article XI, section 3 of the Texas Constitution. See Attorney General Opinions H-1189 (1978); H-520 (1975); M-661 (1970). Therefore, a county may not make such a contribution.

## SUMMARY

> A county lacks authority to make a capital contribution to a non-profit corporation organized for the purpose of training handicapped adults to acquire job skills.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Susan L. Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Lucius Bunton
Rick Gilpin
Bruce Youngblood